■ NANCY J. SOUTHWICK, Respondent, v BRYAN J. SOUTHWICK, Appellant. (Appeal No. 2.) [627 NYS2d 606] —Appeal from order insofar as it directed entry of judgment in favor of plaintiff unanimously dismissed (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977) and order

affirmed without costs. (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Child Support.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.